## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-01437-JVS (ANx) | Date | February 3, 2012 |

| | |
|---|---|
| Title | Joan Valentine v. Downey Savings and Loan Association F.A. et al. |

Present: The
Honorable          James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) Order Vacating Scheduling Conference and
Order to Show Cause re Failure to Comply with the Local Rules

A Scheduling Conference in this matter has been set for February 6, 2012.
The Scheduling Conference is ordered off calendar.  The Local Rule requires a single,
joint report, but the Court only has the plaintiff's  report along with the declaration of
Mindy S. Bish, Esq.   L.R. 26-1.

Defendants and their counsel are ordered to show cause at 8:00 a.m.
February 21, 2012 why the Court should not strike their answers  for failure to comply
with the Local Rules or otherwise sanction defendants and/or their counsel.  A written
response is due February 15, 20012.  In lieu of a response, the parties may file a joint
report which conforms with the Local Rules and the Order setting the Scheduling
Conference by the same date.  The parties shall include Exhibit A properly completed.

The Court will conduct a hearing on this order to show cause at 8:00 a.m. on
February 21, 2012.  If a complying joint report is filed, the Court will convert the hearing
into a Scheduling Conference.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | kjt | |