JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOAN VALENTINE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DOWNEY SAVINGS and LOAN ASSOCIATION, F.A.; FUJITEC AMERICA, INC; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: **8:11-cv-01437-JVS (ANx)**<br><br>**ORDER OF DISMISSAL OF ACTION PURSUANT TO STIPULATION**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>Judge: Hon. James V. Selna<br>Filed:  September 16, 2011<br>Trial:   Not Set |

Based on the Stipulation of Voluntary Dismissal filed in this Court on February 15, 2012, and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED and ADJUDGED that this case is DISMISSED with prejudice. All parties shall bear their own attorney's fees and costs. Pending motions, if any, are DENIED AS MOOT.

Dated: February 27, 2012

_____
Judge of the United States District Court

ORDER OF DISMISSAL